# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-41451
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

June 21, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSE M. NAVARRETTE, also known as Jose Manuel Navarrete, also known as Jose Navarrete, also known as Jose Navarrette-Amaya, also known as Jose M. Navarrete,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:15-CR-10-1

Before JONES, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jose M. Navarrette has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Navarrette has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-41451

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.